UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

**DIANE MICKLES,**

    **Plaintiff,**

v.                                        **CASE NO.: 0:18-cv-60992-KMM**

**CREDIT ACCEPTANCE CORPORATION,**

    **Defendant.**

## PLAINTIFF'S NOTICE OF NON-OBJECTION TO DEFENDANT'S MOTION [DOC. 14].

COMES NOW Plaintiff, Diane Mickles, by and through her undersigned counsel, hereby gives Notice to the Court that she does not oppose to this Court staying the matter compelling this matter into arbitration per Defendant's Motion [Doc. 14].

Dated this 22 day of June, 2018.

                                Respectfully submitted,

                                *s/ Amanda J. Allen*
                                **Amanda J. Allen, Esq**.
                                Florida Bar No.: 0098228
                                William Peerce Howard, Esq.
                                Florida Bar No.: 0103330
                                THE CONSUMER PROTECTION FIRM, PLLC
                                3040 Henderson Blvd.
                                Tampa, FL 33629
                                Telephone: (813) 500-1500
                                Facsimile: (813) 435-2369
                                Amanda@TheConsumerProtectionFirm.com
                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system to all parties of record.

*s/ Amanda J. Allen*
**Amanda J. Allen, Esq**.
Florida Bar No.: 0098228